USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
PEI LICENSING, INC and PERRY ELLIS
INTERNATIONAL EUROPE LIMITED,

               Plaintiffs,

     -against-

J.A. BESNER & SONS, LTD. AND J.A. BESNER &
SONS (USA) LTD.,

               Defendants.
---------------------------------------------------------------X

Civil Action No.
07 CV 11084 (SHS)

**STIPULATION TO**
**REMAND**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for Plaintiffs and Defendants to the above entitled action, that this matter having come before the Court on Defendant J.A. Besner & Sons (USA) Ltd.'s ("Besner (USA)") Notice of Removal, filed December 7, 2007, this matter be remanded to the Supreme Court of the State of New York, New York County, under the state court action still pending under Index No. 603434/07, as of the date of the filing of this Stipulation.

Dated: New York, New York
December 10, 2007

| DREIER LLP | MEISTER SEELIG & FEIN LLP |
|---|---|
| By: /s/ Ira S. Sacks, Esq. | By: /s/ Jeffrey A. Kimmel, Esq. (JK 0584) |
| Melanie J. Sacks, Esq. | Racquel Crespi Weintraub (RW 1614) |
| 499 Park Avenue | 2 Grand Central Tower |
| New York, New York 10022 | 140 East 45th Street, 19th Floor |
| Phone: (212) 328-6100 | New York, New York 10017 |
| Facsimile: (212) 328-6101 | (212) 655-3500 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |
| *PEI Licensing, Inc. and Perry Ellis* | *J.A. Besner & Sons (USA) Ltd.* |
| *International Europe Limited* | |

It is so Ordered this 19th Day of December, 2007

_____
U.S.D.J., Southern District of New York

3585-002 Doc# 9    2